IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA


JERRY CHURCHILL,                                    )
                                                    )
              Plaintiff,                            )
                                                    )
                                                    )        CIV-13-367-R
v.                                                  )
                                                    )
JEROLD REILHELD, KATHY MILLER, and                  )
CORRECTIONS CORPORATION OF AMERICA,                 )
                                                    )
              Defendants.                           )

## REPORT  AND  RECOMMENDATION

Plaintiff, a state prisoner appearing *pro se*, has filed this civil rights action pursuant

to 42 U.S.C. § 1983 alleging constitutional deprivations related to the conditions of his

confinement at Davis Correctional Facility ("DCF"), in Holdenville, Oklahoma, and

"medical malpractice."   DCF is a private prison operated by Corrections Corporation of

America ("CCA"), an entity headquartered in Nashville, Tennessee.   The individual

Defendants named in the Complaint are DCF officials or private medical contractors who

reside in Holdenville, Oklahoma. The matter has been referred to the undersigned Magistrate

Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B).

With his Complaint, Plaintiff has submitted an application to proceed without

prepaying fees or costs. (Doc. # 2).  The *in forma pauperis* application is deficient because

it does not include a certified financial statement as required by 28 U.S.C. § 1915(a)(2).

Plaintiff's Complaint indicates venue in this Court is improper.  See Trujillo v.

Williams, 465 F.3d 1210, 1217 (10th Cir. 2006)(holding court may consider personal jurisdiction and venue *sua sponte* when the defense is obvious from the face of the complaint and no further factual record is required to be developed).  According to the allegations in the Complaint, all of the Defendants reside in Holdenville, located in Hughes County, Oklahoma, or are based outside of the State of Oklahoma.  The events, actions, and omissions upon which Plaintiff seeks relief all occurred in Hughes County.  Pursuant to 28 U.S.C. § 166(b), Hughes County is located within the jurisdiction of the United States District Court for the Eastern District of Oklahoma.

Thus, there is no basis for finding venue is properly laid in this judicial district.  See 28 U.S.C. § 1391(b)(requirements for bringing action in particular venue include "a judicial district where any defendant resides," "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred," or "a judicial district in which any defendant may be found....").  Under these circumstances, the matter should be dismissed pursuant to 28 U.S.C. § 1406(a) due to lack of venue, and the dismissal should be without prejudice to refiling the action in the United States District Court for the Eastern District of Oklahoma.

## RECOMMENDATION

Based on the foregoing findings, it is recommended that the cause of action be DISMISSED without prejudice pursuant to 28 U.S.C. § 1406(a) due to lack of venue.  Plaintiff is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by ____May 8th_____, 2013, in accordance with 28 U.S.C. § 636

2

and LCvR 72.1.  The failure to make timely objection to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. <u>Moore v. United States of America</u>, 950 F.2d 656 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the captioned matter.  The pending motions (Docs. # 2, 3) are denied without prejudice to their renewal in the proper district court.

ENTERED this ___18th___ day of ___April___, 2013.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE